| Date received | Product | Sub-product | Issue |
|---|---|---|---|
| 01/12/2015 | Debt collection | I do not know | Communication tactics |
| 01/20/2015 | Debt collection | Federal student loan | Communication tactics |
| 01/02/2015 | Debt collection | Federal student loan | Communication tactics |
| 03/20/2015 | Debt collection | Federal student loan | Communication tactics |
| 04/08/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 04/18/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 05/02/2015 | Debt collection | I do not know | Communication tactics |
| 04/21/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 06/05/2015 | Debt collection | Federal student loan | Communication tactics |
| 06/16/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 07/14/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 07/30/2015 | Debt collection | I do not know | Communication tactics |
| 10/02/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 10/06/2015 | Debt collection | Federal student loan | Communication tactics |
| 09/29/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 10/14/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 10/20/2015 | Debt collection | I do not know | Communication tactics |

| | | | |
|---|---|---|---|
| 11/23/2015 | Debt collection | Other (i.e. phone, health club, etc.) | Communication tactics |
| 11/12/2015 | Debt collection | Federal student loan | Communication tactics |
| 11/30/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 11/20/2015 | Debt collection | Federal student loan | Communication tactics |
| 12/08/2015 | Debt collection | Federal student loan | Communication tactics |
| 02/04/2016 | Debt collection | Medical | Communication tactics |
| 12/31/2015 | Debt collection | Federal student loan | Communication tactics |
| 01/15/2016 | Debt collection | I do not know | Communication tactics |
| 02/07/2016 | Debt collection | Federal student loan | Communication tactics |
| 11/24/2015 | Debt collection | I do not know | Communication tactics |
| 01/15/2016 | Debt collection | I do not know | Communication tactics |
| 03/05/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 03/18/2015 | Debt collection | I do not know | Communication tactics |
| 04/16/2015 | Debt collection | Credit card | Communication tactics |
| 05/08/2015 | Debt collection | I do not know | Communication tactics |

| 06/04/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 07/09/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 08/21/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 09/02/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 09/11/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 10/16/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 09/21/2015 | Debt collection | I do not know | Communication tactics |
| 10/14/2015 | Debt collection | I do not know | Communication tactics |
| 10/27/2015 | Debt collection | Non-federal student loan | Communication tactics |

| | | | |
|---|---|---|---|
| 01/01/2016 | Debt collection | Non-federal student loan | Communication tactics |
| 01/29/2016 | Debt collection | Federal student loan | Communication tactics |
| 01/11/2016 | Debt collection | Federal student loan | Communication tactics |
| 01/27/2016 | Debt collection | Non-federal student loan | Communication tactics |
| 02/10/2016 | Debt collection | Federal student loan | Communication tactics |
| 02/23/2016 | Debt collection | Other (i.e. phone, health club, etc.) | Communication tactics |
| 02/05/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 01/30/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 02/24/2015 | Debt collection | Federal student loan | Communication tactics |
| 03/28/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 04/07/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 05/13/2015 | Debt collection | I do not know | Communication tactics |
| 05/18/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 06/17/2015 | Debt collection | Federal student loan | Communication tactics |
| 07/08/2015 | Debt collection | I do not know | Communication tactics |
| 08/10/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 08/19/2015 | Debt collection | I do not know | Communication tactics |
| 08/19/2015 | Debt collection | Federal student loan | Communication tactics |

| | | | |
|---|---|---|---|
| 09/01/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 09/10/2015 | Debt collection | Federal student loan | Communication tactics |
| 10/02/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 10/02/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 11/10/2015 | Debt collection | Federal student loan | Communication tactics |
| 12/08/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 11/27/2015 | Debt collection | I do not know | Communication tactics |
| 11/20/2015 | Debt collection | I do not know | Communication tactics |
| 11/14/2015 | Debt collection | I do not know | Communication tactics |
| 01/05/2016 | Debt collection | Non-federal student loan | Communication tactics |
| 02/14/2016 | Debt collection | Non-federal student loan | Communication tactics |
| 02/26/2016 | Debt collection | Non-federal student loan | Communication tactics |
| 01/22/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 02/11/2015 | Debt collection | Federal student loan | Communication tactics |
| 01/09/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 01/10/2015 | Debt collection | Federal student loan | Communication tactics |
| 04/03/2015 | Debt collection | I do not know | Communication tactics |
| 02/25/2015 | Debt collection | I do not know | Communication tactics |

| | | | |
|---|---|---|---|
| 04/23/2015 | Debt collection | Federal student loan | Communication tactics |
| 05/01/2015 | Debt collection | I do not know | Communication tactics |
| 07/14/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 08/27/2015 | Debt collection | I do not know | Communication tactics |
| 10/01/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 09/11/2015 | Debt collection | Non-federal student loan | Communication tactics |

09/29/2015  Debt collection          Federal student loan            Communication tactics

11/19/2015  Debt collection          Non-federal student loan        Communication tactics
12/08/2015  Debt collection          Non-federal student loan        Communication tactics
01/28/2016  Debt collection          Non-federal student loan        Communication tactics
01/29/2016  Debt collection          Federal student loan            Communication tactics

02/02/2016  Debt collection          I do not know                   Communication tactics
02/11/2015  Debt collection          I do not know                   Communication tactics

| 01/09/2015 | Debt collection | Federal student loan | Communication tactics |
|---|---|---|---|
| 02/13/2015 | Debt collection | Federal student loan | Communication tactics |
| 02/18/2015 | Debt collection | I do not know | Communication tactics |
| 02/18/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 03/28/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 04/29/2015 | Debt collection | Federal student loan | Communication tactics |
| 04/10/2015 | Debt collection | Federal student loan | Communication tactics |
| 05/29/2015 | Debt collection | Federal student loan | Communication tactics |
| 06/19/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 07/02/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 07/09/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 07/27/2015 | Debt collection | I do not know | Communication tactics |
| 08/12/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 08/12/2015 | Debt collection | Federal student loan | Communication tactics |
| 11/20/2015 | Debt collection | I do not know | Communication tactics |
| 01/07/2016 | Debt collection | Federal student loan | Communication tactics |
| 01/08/2016 | Debt collection | Non-federal student loan | Communication tactics |
| 01/22/2016 | Debt collection | Federal student loan | Communication tactics |
| 01/27/2016 | Debt collection | Federal student loan | Communication tactics |
| 01/20/2016 | Debt collection | Federal student loan | Communication tactics |
| 02/04/2016 | Debt collection | Non-federal student loan | Communication tactics |

| 03/21/2015 | Debt collection | I do not know | Communication tactics |
| 02/26/2015 | Debt collection | Federal student loan | Communication tactics |
| 04/22/2015 | Debt collection | Federal student loan | Communication tactics |
| 05/21/2015 | Debt collection | I do not know | Communication tactics |
| 04/20/2015 | Debt collection | I do not know | Communication tactics |
| 05/08/2015 | Debt collection | I do not know | Communication tactics |
| 05/15/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 07/06/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 06/16/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 08/14/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 08/25/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 10/07/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 10/15/2015 | Debt collection | Federal student loan | Communication tactics |
| 10/08/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 09/11/2015 | Debt collection | I do not know | Communication tactics |
| 11/12/2015 | Debt collection | I do not know | Communication tactics |

| | | | |
|---|---|---|---|
| 11/20/2015 | Debt collection | Federal student loan | Communication tactics |
| 12/30/2015 | Debt collection | Federal student loan | Communication tactics |
| 01/11/2016 | Debt collection | I do not know | Communication tactics |
| 02/01/2016 | Debt collection | Non-federal student loan | Communication tactics |
| 02/23/2016 | Debt collection | Non-federal student loan | Communication tactics |
| 03/19/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 03/19/2015 | Debt collection | I do not know | Communication tactics |
| 02/24/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 03/11/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 04/13/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 05/05/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 04/24/2015 | Debt collection | Federal student loan | Communication tactics |
| 04/17/2015 | Debt collection | Federal student loan | Communication tactics |
| 05/08/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 05/10/2015 | Debt collection | Federal student loan | Communication tactics |
| 05/18/2015 | Debt collection | I do not know | Communication tactics |
| 06/29/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 06/24/2015 | Debt collection | Federal student loan | Communication tactics |
| 08/04/2015 | Debt collection | Federal student loan | Communication tactics |
| 07/23/2015 | Debt collection | I do not know | Communication tactics |
| 08/06/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 10/08/2015 | Debt collection | I do not know | Communication tactics |
| 09/12/2015 | Debt collection | Federal student loan | Communication tactics |

| | | | |
|---|---|---|---|
| 11/06/2015 | Debt collection | Federal student loan | Communication tactics |
| 11/12/2015 | Debt collection | Federal student loan | Communication tactics |
| 01/14/2016 | Debt collection | Non-federal student loan | Communication tactics |
| | | | |
| 01/22/2016 | Debt collection | I do not know | Communication tactics |
| 01/19/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 03/03/2015 | Debt collection | Other (i.e. phone, health club, etc.) | Communication tactics |
| 03/11/2015 | Debt collection | Federal student loan | Communication tactics |
| 05/01/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 05/16/2015 | Debt collection | I do not know | Communication tactics |
| 06/16/2015 | Debt collection | I do not know | Communication tactics |
| 08/21/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 08/19/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 10/14/2015 | Debt collection | I do not know | Communication tactics |
| 10/07/2015 | Debt collection | Non-federal student loan | Communication tactics |
| 11/30/2015 | Debt collection | I do not know | Communication tactics |
| | | | |
| 01/25/2016 | Debt collection | Other (i.e. phone, health club, etc.) | Communication tactics |
| 02/11/2016 | Debt collection | Federal student loan | Communication tactics |
| 02/06/2016 | Debt collection | Non-federal student loan | Communication tactics |

| Sub-issue |
| --- |
| Frequent or repeated calls |
| Frequent or repeated calls |
| Frequent or repeated calls |
| Frequent or repeated calls |
| Frequent or repeated calls |
| Frequent or repeated calls |
| Frequent or repeated calls |
| Frequent or repeated calls |
| Frequent or repeated calls |
| Frequent or repeated calls |
| Used obscene/profane/abusive language |
| Called after sent written cease of comm |
| Frequent or repeated calls |
| Frequent or repeated calls |
| Frequent or repeated calls |
| Threatened to take legal action |
| Frequent or repeated calls |

Frequent or repeated calls

Frequent or repeated calls

Called outside of 8am-9pm
Frequent or repeated calls
Frequent or repeated calls
Called outside of 8am-9pm
Frequent or repeated calls

Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls
Threatened to take legal action
Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls

Frequent or repeated calls

Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls

Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls

Frequent or repeated calls
Frequent or repeated calls

Used obscene/profane/abusive language
Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls


Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls

Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls

Frequent or repeated calls


Frequent or repeated calls

Frequent or repeated calls


Frequent or repeated calls
Frequent or repeated calls

Frequent or repeated calls

Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls
Called after sent written cease of comm
Frequent or repeated calls

Frequent or repeated calls

Frequent or repeated calls

Frequent or repeated calls

Frequent or repeated calls
Threatened to take legal action
Threatened to take legal action
Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls
Called outside of 8am-9pm

Frequent or repeated calls
Frequent or repeated calls

Frequent or repeated calls

Frequent or repeated calls

Frequent or repeated calls

Frequent or repeated calls

Called outside of 8am-9pm

Frequent or repeated calls

Frequent or repeated calls

Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls

Called after sent written cease of comm
Frequent or repeated calls

Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls
Called after sent written cease of comm
Frequent or repeated calls


Frequent or repeated calls
Frequent or repeated calls


Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls


Threatened to take legal action


Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls


Frequent or repeated calls
Called outside of 8am-9pm


Frequent or repeated calls


Frequent or repeated calls
Frequent or repeated calls
Called after sent written cease of comm

Frequent or repeated calls
Used obscene/profane/abusive language
Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls

Frequent or repeated calls

Frequent or repeated calls
Frequent or repeated calls

Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls

Frequent or repeated calls
Frequent or repeated calls

Frequent or repeated calls

Frequent or repeated calls

Frequent or repeated calls
Frequent or repeated calls
Called after sent written cease of comm
Called after sent written cease of comm
Called after sent written cease of comm
Frequent or repeated calls
Used obscene/profane/abusive language
Frequent or repeated calls
Called after sent written cease of comm
Frequent or repeated calls

Frequent or repeated calls

Frequent or repeated calls
Frequent or repeated calls

Frequent or repeated calls
Frequent or repeated calls

Frequent or repeated calls

Threatened to take legal action

Frequent or repeated calls

Called after sent written cease of comm
Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls

Used obscene/profane/abusive language
Frequent or repeated calls
Called outside of 8am-9pm


Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls
Called after sent written cease of comm


Frequent or repeated calls
Frequent or repeated calls
Frequent or repeated calls

## Consumer complaint narrative

The Navient loan company has been calling me repeatedly requesting me to repay my loans. I am XXXX and earning no income so I am unable to repay currently. In addition I just had a baby so I have been exhausted from caring for her. They will call sometimes every hour and have even woken the XXXX. Yesterday they threatened to call the police on my dad and today they told my husband they would ruin my credit. I am so tired of being harassed. I know I need to repay the loan and I will as soon as I begin earning income when I XXXX from XXXX school next year.

Frequent or repeated callsCalled outside of XXXX-XXXXThreatened to take legal action It has called my home on at numerous occasions in the last 2 weeks leaving the following prerecoreded message. " My name is XXXX from the Municipal Services Bureau. I am calling about a serious court matter that maybe of direct concern to you, and I urge you to return this call as soon as possible. Please give this call your immediate attention! You may reach me at XXXX " No information about what it is regarding and I do not have anything outstanding anywhere.

Calls are nonstop. Have repeatedly informed Navient that cosigner and I are both unemployed and recieving government assistance. Asked for assistance multiple times, always told that there is nothing they can do except for us to pay. Have asked that the calls lower in frequency, repeatedly am told they will stop and within the hour after request the calls resume. Was told they can call XXXX every hour, and that is exactly what they do. I do n't know what to do, I have nothing, cosigner has nothing, zero income coming in, they refuse to communicate via the mail instead. My school was found to have participated in fraud ( XXXX XXXX ) but nothing has been done to help the former students.

I advised in the conversation with the representative that the rate at which they wanted me to repay was unattainable at my current income level. The representative then responded, with full fledged attitude, that " they " did not need to make any concessions for me, that they can make me pay whatever they 'd like per my promissory note. This of course is untrue because I do have income based repayment options. That representative was wholly unprofessional and turned me off to wanting to work with them any further to resolve my bad debt. I told he rthat comment was unncessarry to have been made, that I know this debt is mine to pay but I need options. To which she responded, " I 'm just telling you the truth ". It is hard enough to come to terms with the nearly {$100000.00} of student loan debt that I have with my measly income. The unwillingness and poor attitude of the call center representatives makes you feel demeaned and is just unproductive.

The number is calling my cell phone number, my brothers number, my parents, husband and my work direct line constantly for the past 2 months. They have also called HR at my work XXXX to try and get them to verify employment by giving my SS #. When asked for caller information, she refused to give it.I refuse to talk with them or verify anything until they state who they are.

We were mailed a letter from Pioneer about an open debt due to not having coverage for New York State Workers Compensation XXXX on XXXX XXXX, 2015. They called two weeks later explaining if within 7 days we got coverage they could drop the penalty fine. We did so, I called back to show proof and make sure they gained the information of the coverage. They confirmed, I then asked when is the latest/due date for when the debt is owed. I also stated I am authorized to make payments, however the owner is the XXXX to decide when, and from where ( we have different accounts as well as if he wants to mail a check or pay over phone and by what method ). I stated that the XXXX of our schedules were off so I will have to sit with him for him to decide and by the XXXX they will be paid. Within a two week span I received XXXX calls, even when I was not in the office and in meetings of trying to be reached to obtain the same debt that I had stated would be taken care of by the date I asked is the latest. On the XXXX I received yet another phone call and was actually around to take it. In the phone conversation they asked the same information, I then repeated if I did not have until the XXXX to make this payment and why are they constantly calling if they gave me a due date? I was forwarded to a manager, who just kept repeating the same thing. I informed them it was harassment to constantly pull someone away from their work to have the same repetitive conversation. I had stated I asked for the due date for a reason so I know when to have this settled and it is on my radar ( the same thing I said prior ), they then threatened other penalties that they would accrue on if they did not receive it by the XXXX. I agreed to whatever penalties were and stated they would either receive the check in mail by the XXXX or I WILL CALL them on the XXXX.Today is the XXXX and by XXXX they called.

I 've been getting calls from a Pioneer Credit Recovery ( a Navient Company ). They are continuous all day long. They say they are collecting on a student loan. They are harassing relatives of mine that have nothing to do with this. They are obtaining private unlisted numbers somehow. I did a little research on this company and it seems they lost their contract to collect on these loans because of their collection practices. So how is it that they are still operating? I would also like to send a written cease of communication notice to them but do n't have an exact address to send it to. They have several offices. I get calls XXXX. Is there a main/corporate office that I should mail the written cease of communication to? They have never sent me anything in writing about this matter at all, so they obviously have an old address although I 've lived at my present address for 9 years.

Navient, the loan servicer for XXXX XXXX Student PLUS loans will practically harass you by calling at least 10 times a day and when you answer the call in attempt to make payment arrangements based off of your income become rude, insensitive and almost hostile.

Navient calls me every hour - hour and a half.

Pioneer Credit Recovery , Inc. contacts our business multiple times every day in reference to a worker 's personal debt despite being advised over and over that this is a business and our workers are not allowed to take personal phone calls on business lines. These tactics include calling the direct lines of every employee which are listed on our website. The calls usually total more than 10 per day.

Municipal Services Bureau as is the case from the other companies I have complained about is harassing me about a debt I know nothing about. They call and leave messages when I try and call them back their message reads that if I 'm calling them back then I acknowledge that I am the debtor. Once I complain here and I am removed from their list they sell my " debt " to another company.

My complaint is about my daughter 's college loan debt through Navient. I am the co-signer. I receive mail, email, and phone calls from them.

Navient calls me at least XXXX a day seven days a week. If I answer, they ask for my personal information-my birthdate. I have told them at least XXXX times that I will not give this information over the phone to someone that calls me. I have asked them to stop contacting me by phone. My daughter is behind on her payments. Her husband has had some periods of unemployment so she is doing the best she can. I have responded to them by email and told them that my daughter is responsible for the loan and that she intends to pay it off. I have never heard of a co-signer being harassed this way. The loan has not gone into default.


We accidentally missed a payment in XXXX. We are approx. XXXX dollars past due as of XXXX payment. When we got a reminder in the mail and were unsure of the reason we called them to verify, discovered our mistake, confirmed the amount and said we would make good on the past due portion during our regular XXXX Payment which we then set up with the bank to go out on XXXX XXXX. However, since our self initiated call, we have received XXXX calls daily from Navient, trying to collect this past due payment. We have explained ourselves repeatedly and asked the calls be stopped. XXXX we were told the calls would stop for five days and they would put a note in the system. This has not happened. The calls have continued at a rate of XXXX times daily. We feel harassed, we are losing valuable time on the phone in repeated explanations and we have told them to stop or we would file a complaint. They have not stopped. This is our complaint.


This company called Municipal Services Bureau has repeatedly, abusively and excessively called my home telephone number and stated that it is important and urgent to call them back to discuss a debt ( they did not specify ) I owed that I know nothing about. I called the number back and the lady on the other end ( did not state her name ) said somebody will call back and discuss and was very vague. I told her to please not call my phone number again because she was harrassing me. They have been calling at least 15 times a day and leaving unwanted messages on my voicemail.phone.

Navient has a pattern of using abusive and deceptive debt collection tactics to try and collect on my student loans. On XXXX XXXX, 2015, I received an email from a XXXX XXXX XXXX at Navient who asked me to give him a call to discuss my " concerns. " This was the same XXXX XXXX XXXX who on XXXX XXXX, 2015, also sent me an email asking me to give him a call. On XXXX XXXX, 2015, I did indeed give XXXX XXXX XXXX a call. On XXXX XXXX, 2015, during the phone call with XXXX XXXX XXXX he used abusive, threatening, and hostile language. He threatened me with increasing the interest rate on my student loans if I did n't comply with his demands of continuing to pay XXXX XXXX XXXX XXXX who is a debt collector who was hired by Navient to collect on the student loans. I have filed multiple documented complaints against XXXX XXXX XXXX XXXX ( XXXX ) because of their deceptive and abusive debt collection tactics in flagrant violation of the Fair Debt Collection Practices Act and who are collecting on behalf of Navient. XXXX XXXX XXXX at Navient told me that I had no choice but to keep paying XXXX even though they have repeatedly broken the law, including the FDCPA, and XXXX XXXX XXXX stated that If i did n't keep paying XXXX my interest rate would be increased by Navient and Navient would tack on additional fees and costs to my student loans as a result of not continuing to pay XXXX. I need all communication from XXXX XXXX XXXX to be in writing. He has used threatening and abusive language in the past and I do n't want to be subjected to more threatening and abusive language. The threatening language by XXXX XXXX XXXX at Navient has caused me severe emotional distress. I have over two years of documented evidence against Navient and the debt XXXX they have hired to collect on my student loans. This documented evidence includes multiple severe violations of the Fair Debt Collections Practices Act, severe violations of the Fair Credit Reporting Act, use of deceptive debt collection tactics, use of threatening debt collection tactics, misrepresentations, and unfair business practices including excessive fees and collection costs. All these violations have caused me severe emotional distress and health issues.

I have received numerous complaints from friends and family members that this company is contacting them several times a month. I do n't know how they have my friends and family members phone numbers, but it is uncalled for. They are feeling threatened and harassed.
I researched the company and it states they are a collection agency for XXXX XXXX. I do not have a student loan with XXXX XXXX. Furthermore, my student loan is auto-drafted, so I know it is current and not in default.

Navient calls between XXXX times every single day. I have tried to talk and work out a plan until our financial situation improves in two months when we can resume normal payments to no avail.

They say my account is okay but the next month it 's not. It 's been over a year and they still ca n't communicate right

Between my XXXX phones they call XXXX times per day. Starting the day after payment is due until I pay. This has gone on for several years even when I was in XXXX for the military I was harassed.
I recently bought a XXXX and got a new number. Since then I have been repeatedly called by Navient trying to collect a debt from someone who is n't me. They do not leave a message, and hang up if I answer. They call from the numbers : XXXX, XXXX, XXXX, XXXX, XXXX, and XXXX.

They are calling in reference to a loan I cosigned for my granddaughter. I have informed them that my granddaughter will not answer my phone calls or text messages about this debt and I am on now XXXX years old, receiving social security, and have XXXX and can not handle the stress of the continuous calls. They called me XXXX times on Saturday even though I have asked them repeatedly to stop calling me.

I have asked several times for them to stop calling me at work. They have called my HR department and several co-workers to contact me. I have repeatedly asked them to not contact me at work and it wil not stop. This co claims to be a agency that collects past due traffic tickets. I have a ticket that is not paid, however on the mailings they send me they only have an amount. they do not give a citation # or anything pertaining to the ticket. the internet list numerous of people they constantly call and threatened them. they call my number every day.
I want to pay the ticket, but not to them.
Navient continues to call my phone multiple times daily. Although I am behind on my payments I did contact the company in attempts to set up a payment plan and was told nothing is available to me. The calls have continued and when I asked that the calls end I was told they would continue until a payment plan was arranged. I expressed my frustration with the harassing calls. The company will not work with me on my past due amount but also will not cease the calls. I have XXXX private student loans through the company and have been making payments on XXXX of the XXXX loans because of my current financial situation I am unable to make both loan payments. After speaking to Navient multiple times I have exhausted my options. The phone calls come in at least twice daily.

Navient has made XXXX phone calls to the above landline over the course of XXXX hours trying to reach our daughter XXXX. They have been repeatedly told that she is studying at a university in XXXX and can not be reached at this number yet they persist in calling and can not share any information with us. We would like the phone calls to stop and we have asked them to do this. This is the XXXX attempt they have made to contact her. There has been no mail or email.

My son XXXX XXXX has an outstanding student loan with Navient/XXXX XXXX. On todays date, my wife and I received a total of XXXX telephone calls from XXXX the calls began at XXXX XXXX. and continued on until XXXX XXXX The majority of the calls from this number were answered by our voice mail answering machine and caller did not leave any messages. I answered a call at XXXX XXXX. and caller identified herself as being from Navient. She wanted to speak with my wife, who was not home at that time. I asked her the reason for the call and she refused to tell me. At XXXX XXXX, my wife called Navient and they informed her that my son 's student loan was 6 days late in payment of {$96.00}. My wife advised that she would tell our son to contact Navient when he woke up. At XXXX XXXX., Navient again called and again at XXXX XXXX I spoke with the rep. and requested that they stop calling us and we would inform XXXX to contact them. We received another call at XXXX XXXX and again at XXXX XXXX. at which time, I advised the rep that I would contact an attorney if they did not cease the phone calls We co-signed for our son 's loan and he has been consistent with his payments in the past. We feel that these actions by Navient are nothing but pure harassment and they need to be stopped

Gila Corp have been calling my home number on a daily basis for the past 2 years. They leave automated messages concerning a debt. They do not advise what it is only a number asking me to call them back. I did return their call but I got nowhere. They continue to call which is giving me emotional distress. If I owe someone money they should send me an invoice or statement and if it 's correct I will pay it.

My daughter has made payment arrangements with Navient for student loans on which I am the co-signer. The arrangements are in effect yet they persistently call several times per day even on Saturdays and Sundays!! They called on XXXX occassions when my daughter was at home and she spoke to them about the arrangements that were made and asked that the stop calling.

We have been getting robocalls from Naviant every evening at the same time XXXX. Asking us to call XXXX number. Returned call once ..was told we have been listed as reference on a student loan app ..told them we knew of no such app. For a while got message threatening vague legal action in reference to a person we have never heard of. Would like calls to stop and Naviant to be sanctioned.

On XXXX XXXX XXXX, 2014 I received a call on my landline phone from XXXX XXXX XXXX XXXX on behalf of Sallie Mae XXXX. The call originated from telephone number XXXX and was placed to my home phone number XXXX.

Calling every XXXX or XXXX, I spoke with an agent, said I would make payment over the internet. This was agreed with the agent since I do not give my personal information to persons who direct call me regardless of the phone number that is calling. I then proceeded to the website and made a payment within minutes of speaking to the agent. I also at that time requested they not contact me with auto dialed collection calls. XXXX Hours later I received an automated call. I then hung up, and called the company and got in touch with another agent and stated that I have a pending payment on record, and to please stop calling me. He stated that they would not stop calling me unless I wanted to make another payment over the phone. At which point I brought up my stance on giving information over the phone and the fact that if they called me once in a day that I would most likely not have additional money the XXXX, XXXX, XXXX, XXXX, or XXXX time during the day. He then stated that they could call at least XXXX times in the day with no penalty. That in my book is still harassment. I could understand XXXX or XXXX with the possibility of having missed XXXX of the calls, but XXXX?! I would like something to be done about this. It is not right for a loan collector to harass someone into payment. Not only that but when you call them they are less than cooperative with an attitude.

I was tricked into an online learning college scam and ive become aware of it a few months to this day. I was pursuing a dream of becoming XXXX, but unfortunately I was not lucky at the moment I enrolled in an online institution because there was no XXXX degrees being offered at the time XXXX of Puerto Rico. So I decided to entrolled at XXXX XXXX ONLINE to start pursuing a career XXXX. I asked for several loans to pay for the courses I was enrolled in and transactions were made between the education institution and the financial lender Salie Mae to cover the expenses of the degree, which were pretty expensive. XXXX XXXX XXXX was charging me {$300.00} per credit and the concentration courses were even XXXX credits, each course lasted 9 weeks and I only lasted 2 years before finding out that a college in Puerto Rico, XXXX XXXX, was offering the same degree, and I didnt had to pay a cent for the same education and even a better one. I was told that not even XXXX charges {$300.00} per credit. Now I have my degree but there is still no jobs XXXX, neither I have being able to start my own business due to the poverty level im under. I survive by doing a job here and there, by donations my parents give me and by welfare I got at the moment of enrolling in XXXX XXXX due to the benefits a student renter has for having such low income.

I understand that there is a debt forgiveness doctrine practiced in the economic world. Similar to XXXX XXXX XXXX where every seven years debt must be forgiven. There had pass 8 years almost and yet, my debt has not been forgiven.
I have recently ceased an auto debit program at Navient XXXX XXXX XXXX XXXX Student Loans due to their processing times negatively affecting how I budget my income each month. I am currently on an interest only income based repayment plan and will nos be paying using a Web based bill payment feature through my bank to better control how payments are disbursed.

As a result of recent fraudulent activity, where {$470.00} was taken from my bank account by XXXX fraudsters, I was unable to pay my monthly bill, yet Navient continues to harass me and my parents ( co-signers ) up to 8 times a day from various numbers XXXX to name a few. In some casesthese calls are received prior to XXXX. I am working to secure an affidavit from my bank regarding the fraudulent activity.

In the meantime, I am fully aware of the debt I owe and do my best each month within my means to pay a monthly amount. The harassment diminishes my quality of life, my parent 's quality of life, and interrupts my rest when I am on legal rest during my time away from home in my role XXXX. If my parents had the means and proper notice by Navient, they would assist me during this stressful time while my bank resolves the fraudulent activity, but they can not and therefore do not deserve the multiple phone calls per day that leave them anxious that I, or anyone in my family may have an emergency. I ask for your assistance in asking them to cease and desis the incessant phone calls as well as mail notices reminding us of my debt. We get the picture, they want their money, but it wo n't come any faster by harharassing the debtor.


Pioneer Credit Recovery XXXX XXXX contacts our business multiple times every day in reference to a worker 's personal debt despite being advised over and over that this is a business and our workers are not allowed to take personal phone calls on business lines. These tactics include calling the direct lines of every employee which are listed on our website. The calls have totaled more than 10 per day.

We have orally told them that we are not allowed to take personal calls on business lines, and we have submitted a prior written complaint bearing Case number : XXXX.

Please do not call any of the following numbers as they are all owned and/or operated exclusively by our business : XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX We will file suit if these calls do not cease.

This debt is a result of me co-signing a student loan. They call allday long. If you do answer they demand personal information ( last XXXX of ss # plus date of birth ) before they tell reason for call, When I refuse to provide info over phone they hang up and call back within a hour. I have repeatedly ask them to stop calling. I 'm not avoiding the debt, they always get paid. I just do n't want to be harassed.


I am being contact because Navient claims I am a customer reference listed by my sister. I have told them repeatedly that I have nothing to do with her accounts and to stop calling me. They leave me voice messages threatening to take further action.

My loan servicer is Navient XXXX formerly XXXX XXXX XXXX. When XXXX XXXX changed to Navient, Navient began frequent, repeated and extremely excessive phone calls to phone numbers that I did not provide to them for communication purposes in order to collect payments from me. The calls began after I communicated with them that I recently graduated and was unable to make the monthly payment at the current time. They call every day, XXXX days a week, all times of the day. They began calling from one number, then they started using another number, I suppose to surprise me. I also receive a letter from Navient every day in the mail. In addition, Navient contacts one of my friends looking for me ; I do n't know how they got this friends ' contact information but this friend is getting repeated calls and voicemails from Navient looking for me. This manner of collection is extreme, outrageous, excessive and it is interfering with me being able to live life.


I am getting over XXXX calls a day from this number. They will leave a recorded message stating that " This is XXXX XXXX from Navient. Please return my call at ( XXXX ) XXXX. " The calls are occasionally after XXXX. I am late with my current month 's payment to Navient and will be paying it next week, although I have also received these frequent ( XXXX times per day ) calls before even when not behind on payment. It is my understanding that frequent calling is harassment and illegal. Anything you could do to stop them from doing this to myself and other Navient borrowers would be greatly appreciated.


I received 3 calls to my cell phone on XXXX/XXXX/2016 and 2 more today XXXX/XXXX/2016 from Pioneer Credit. There have also been calls to my sister 's cell phone, my parents ' home and other calls to cousins, aunts, in-laws, etc. I am not the holder of this debt, but Pioneer Credit continues to call in an attempt to find the debt holder. I told the caller to stop harassing my family. Hopefully it will stop as the FDCPA only allows them one communication per person ( which they have already exceeded to many of the above mentioned persons ) and they must stop if told to.

Basically, the call does n't state whom they want to speak to. They only stated the following : They are from Municipal Services BureauThe phone call is not a Sales or Solicitationtopic is an Important matter - call XXXXSince I do n't owe any money and they think it is important, they should - specify whom they want to speak to and what the subject is about.and sent a certified letter to my address if they know.

I have been living in the same address now for over 5 or more years.


They call XXXX times a day


Recorded message collecting debt and asking for someone whom we do not know and has never lived here ( we 've owned this phone number for 11 years ). Requests to stop calling us have gone unanswered.
I have been called everyday, several times a time. I had discussed my intentions in a polite manner and how I was getting money from my retirement plan to pay this debt and that is takes XXXX days to obtain the funds and how I had discussed this with the school i attended. I also explained that I intended to pay the debt. No even XXXX days later, XXXX from the collection office calls me and barrads me for the debt. After trying to explain to her that I spoke with someone XXXX days ago about it, she said she was " checking on the status " I asked her if she was going to call me everyday until the XXXX days, she said yes and it was her right. I told her that this was harrasment, she replied that it wasnt and that she would call everyday, several times a day until the debt was collected and that if i didnt want to talk then not to answer the phone. Then she started to laugh, as if this was entertaining her and as if it was a laughing matter. This upset me because I am trying to work to get this debt paid and she has no idea the circumstances that caused this debt to get behind in the first place, then she laughed again until i hung the phone up. The past XXXX days i have been called XXXX times at all hours of the day


I spoke with someone in XXXX regarding my private student loan through navient. She was very rude and was not helpful at all. I attempted to correspond through mail and asked that they stop the phone calls and contact me by mail. They have continued to call me, sometimes XXXX times a day, and have told me they ca n't correspond by mail. I spoke with someone in XXXX and again that was not productive. He was again rude and threatening. I just spoke with someone who was again rude and threatening. I am tired of being harassed when i have been corresponding with their company. I have requested documentation in terms of the loan in question and they only sent me half of it and i was told they ca n't send the rest i have to find it online. They have now begun calling anyone that may be associated with me, including my brothers mother in law, who has no part of this situation at all. Even after my mother asked them to stop calling this is being handled through the mail, they continue to call repeatedly.




Navient ( formerly XXXX XXXX ) continually calls me throughout the day. I am well aware that I owe them money, I intend to make these payments as soon as I can, and am trying to work so that I can make the payments I owe, but can not do so when they call me hourly throughout the day, leaving pre-recorded voicemails, or nothing at all. Today, XXXX/XXXX/15, I have been contacted at XXXX XXXX, XXXX XXXX, XXXX XXXX, XXXX XXXX, XXXX XXXX, and XXXX XXXX. Based on their track record yesterday, I expect at least 2-3 more calls before the day is finished. Yesterday they contacted me at XXXX XXXX, XXXX XXXX, XXXX XXXX, XXXX XXXX, XXXX XXXX, XXXX XXXX, and XXXX XXXX.

I asked for them to stop calling and put me on the do not call list because i am not the person they need to contact. The person on the phone became rude and hung up on me. Dhe attempted to intimidate me.

They call multiple times a day every day of the week. One person left a voice mail message and called me a XXXX. It is not necessary to call several times a day every single day. Yesterday they called at XXXX, then 2 hours after speaking to me. After telling me the would " push " the call ( meaning they would n't call again ) they called 2 more times. This is harassment and it needs to stop

Student assistance corporation calls XXXX days a week XXXX or more tomes a day. I have asked them to stop calls and contact me thru mail, the advised they can call XXXX times day even if they talk to me in the morning they will call total of XXXX times a day.

I have been receiving harassing phone calls from Navient. They claim they 're calling to collect a student loan debt, but I am in school and all of my loans are in deferment. I have also asked them repeatedly to stop calling my cell phone, but they refuse to stop. I was also advised today by a representative that they will continue to call me and there was nothing I can do about it. They call me everyday at least XXXX times a day, and I can not deal with it. I have tried blocking the numbers they call from on my iPhone, but the calls continue.

The collector stated that he could not accept my payment of what i could afford {$50.00}. The colllecter then proceeded to tell me if i can pay {$7000.00} it would be paid in full when i said i ca n't afford that he said can you get a cosigner for a bank loan.

Navient has repeatedly and frequently called my place of employment after being told by my employer that I may not receive any calls outside of emergency calls on this line. I removed this number from my account information, although I do not know how they even got this number as I never give it as a contact method, and they still continue to call my place of employment up to XXXX times a day.

Pioneer Credit Recovery, ( XXXX ) XXXX, XXXX ( XXXX ) XXXX. XXXX, Continually calling me at work asking after telling them I ca n't get calls like that at work. Attempting to collect a debt ( they say ) but the student loan has been approved for deferment. Will not stop calling me at work, resulting in me getting in trouble with my boss.

They keep asking me to fax them stuff but I do not trust who they say they are and they refuse to send me anyting.

I am listed as a reference person on this account. I have nothing to do with this account!! I have gotten phone calls for years, I tell each company the same thing, I am not responsible for this account, ( this is a relative, not XXXX of my children ) the calls stop for a little while then resume. I am very frustrated, any help would be greatly appreciated. Thank you.

non stop calling even after telling the company that a check was sent. Also, makes threats to my co-borrower who is now an elder and on a fixed income

Repeated, unwanted calls not just to me, but to my elderly father and also ex wife.

| Company public response | Company | State | ZIP code | Tags |
|---|---|---|---|---|
| | Navient Solutions, Inc. | CA | 94538 | |
| | Navient Solutions, Inc. | MN | 55362 | |
| | Navient Solutions, Inc. | TX | 75208 | |
| | Navient Solutions, Inc. | MN | 55372 | |
| | Navient Solutions, Inc. | FL | 34711 | |
| | Navient Solutions, Inc. | FL | 336XX | |
| | Navient Solutions, Inc. | CA | 926XX | |
| | Navient Solutions, Inc. | WV | 255XX | |
| | Navient Solutions, Inc. | OR | 97124 | |
| | Navient Solutions, Inc. | TN | 37208 | |
| | Navient Solutions, Inc. | NY | 122XX | |
| | Navient Solutions, Inc. | MT | 597XX | Servicemember |
| | Navient Solutions, Inc. | FL | 33179 | |
| | Navient Solutions, Inc. | KS | 66062 | |
| | Navient Solutions, Inc. | CA | 95376 | |
| | Navient Solutions, Inc. | IL | 60302 | |
| | Navient Solutions, Inc. | TX | 76661 | Older American |

|  | | | |
|---|---|---|---|
| | Navient Solutions, Inc. | NY | 110XX | |
| | Navient Solutions, Inc. | OK | 740XX | |
| | Navient Solutions, Inc. | TN | 370XX | |
| | Navient Solutions, Inc. | CA | 23517 | Older American, Servicemember |
| | Navient Solutions, Inc. | NY | 10029 | |
| | Navient Solutions, Inc. | FL | 32003 | |
| | Navient Solutions, Inc. | FL | 327XX | |
| Company chooses not to provide a public response | Navient Solutions, Inc. | LA | 708XX | |
| | Navient Solutions, Inc. | CA | 952XX | Older American |
| | Navient Solutions, Inc. | NC | 27205 | |
| | Navient Solutions, Inc. | NJ | 07047 | Servicemember |
| | Navient Solutions, Inc. | DE | 19720 | |
| | Navient Solutions, Inc. | TX | 76148 | |
| | Navient Solutions, Inc. | AZ | 85021 | |
| | Navient Solutions, Inc. | CA | 914XX | |

| | | | |
|---|---|---|---|
| Navient Solutions, Inc. | MN | 551XX | |
| Navient Solutions, Inc. | NY | 13323 | |
| Navient Solutions, Inc. | MD | 21403 | |

| | | | |
|---|---|---|---|
| Navient Solutions, Inc. | FL | 336XX | Servicemember |
| Navient Solutions, Inc. | MS | 39202 | |
| Navient Solutions, Inc. | NY | 11234 | |
| Navient Solutions, Inc. | PA | 19082 | |

| | | | |
|---|---|---|---|
| Navient Solutions, Inc. | CA | 940XX | Servicemember |
| Navient Solutions, Inc. | NY | 14418 | Older American |

| | | | | |
|---|---|---|---|---|
| | Navient Solutions, Inc. | CA | 902XX | |
| | Navient Solutions, Inc. | KS | 67010 | Older American |
| | Navient Solutions, Inc. | MO | 630XX | |
| | Navient Solutions, Inc. | DE | 19945 | |
| Company chooses not to provide a public response | Navient Solutions, Inc. | TX | 750XX | |
| | Navient Solutions, Inc. | NV | 894XX | |
| | Navient Solutions, Inc. | NC | 28210 | |
| | Navient Solutions, Inc. | PA | 15221 | |
| | Navient Solutions, Inc. | FL | 32507 | |
| | Navient Solutions, Inc. | WV | 254XX | |
| | Navient Solutions, Inc. | PA | 15212 | |
| | Navient Solutions, Inc. | MA | 02720 | |
| | Navient Solutions, Inc. | NC | 28273 | |
| | Navient Solutions, Inc. | TX | 750XX | |
| Company chooses not to provide a public response | Navient Solutions, Inc. | OK | | |
| | Navient Solutions, Inc. | NC | 270XX | Servicemember |
| | Navient Solutions, Inc. | NC | 276XX | |
| | Navient Solutions, Inc. | AZ | 85390 | |

| | | | | |
|---|---|---|---|---|
| | Navient Solutions, Inc. | NJ | 07751 | |
| | Navient Solutions, Inc. | VA | 246XX | Older American |
| | Navient Solutions, Inc. | CA | 91708 | |
| | Navient Solutions, Inc. | TN | 38125 | |
| | Navient Solutions, Inc. | CT | 06109 | Older American |
| | Navient Solutions, Inc. | CA | 95758 | |
| Company chooses not to provide a public response | Navient Solutions, Inc. | NY | 11757 | Older American, Servicemember |
| | Navient Solutions, Inc. | MN | 554XX | |
| | Navient Solutions, Inc. | CA | 925XX | Older American |
| | Navient Solutions, Inc. | CA | 959XX | |
| | Navient Solutions, Inc. | NY | 12550 | |
| | Navient Solutions, Inc. | IN | 46350 | |
| | Navient Solutions, Inc. | | | |
| | Navient Solutions, Inc. | PA | 19008 | |
| | Navient Solutions, Inc. | NC | 27560 | |
| | Navient Solutions, Inc. | NV | 89128 | |
| | Navient Solutions, Inc. | NY | 125XX | |
| | Navient Solutions, Inc. | TX | 75075 | Older American |

| | | | |
|---|---|---|---|
| Navient Solutions, Inc. | IL | 604XX | Older American |
| Navient Solutions, Inc. | WA | 980XX | |
| Navient Solutions, Inc. | NY | 114XX | |
| Navient Solutions, Inc. | MT | 599XX | Older American |
| Navient Solutions, Inc. | IL | 606XX | |
| Navient Solutions, Inc. | VA | 230XX | Servicemember |

Navient Solutions, Inc.

| | | |
|---|---|---|
| Navient Solutions, Inc. | NC | 282XX |
| Navient Solutions, Inc. | TX | 79907 |
| Navient Solutions, Inc. | KS | 66067 |
| Navient Solutions, Inc. | FL | 330XX |

| | | | |
|---|---|---|---|
| Company chooses not to provide a public response | Navient Solutions, Inc. | LA | 708XX |
| | Navient Solutions, Inc. | NY | 14886 |

| | | | | |
|---|---|---|---|---|
| | Navient Solutions, Inc. | PA | 18428 | |
| | Navient Solutions, Inc. | MI | 49061 | |
| | Navient Solutions, Inc. | VA | 22172 | |
| | Navient Solutions, Inc. | FL | 32501 | |
| | Navient Solutions, Inc. | KY | 42104 | |
| | Navient Solutions, Inc. | OK | 73135 | |
| Company chooses not to provide a public response | Navient Solutions, Inc. | TX | 75038 | |
| | Navient Solutions, Inc. | MO | 63383 | |
| | Navient Solutions, Inc. | MI | 488XX | Older American |
| | Navient Solutions, Inc. | MD | 20902 | |
| | Navient Solutions, Inc. | SC | 29072 | |
| | Navient Solutions, Inc. | MO | 631XX | |
| | Navient Solutions, Inc. | GA | 300XX | |
| | Navient Solutions, Inc. | CT | 06704 | |
| | Navient Solutions, Inc. | CT | 06612 | |
| | Navient Solutions, Inc. | NC | 288XX | |
| | Navient Solutions, Inc. | IN | 469XX | |
| Company chooses not to provide a public response | Navient Solutions, Inc. | VA | 242XX | |
| Company chooses not to provide a public response | Navient Solutions, Inc. | FL | 33404 | |
| | Navient Solutions, Inc. | KS | 67010 | Older American |
| | Navient Solutions, Inc. | FL | 337XX | |

| | | | |
|---|---|---|---|
| Navient Solutions, Inc. | CA | 902XX | |
| Navient Solutions, Inc. | GA | 30033 | |
| Navient Solutions, Inc. | AL | 36611 | |
| Navient Solutions, Inc. | FL | 339XX | |
| Navient Solutions, Inc. | GA | 30088 | Servicemember |
| Navient Solutions, Inc. | NM | 871XX | |
| Navient Solutions, Inc. | VA | 231XX | Servicemember |
| Navient Solutions, Inc. | MO | 64870 | Servicemember |
| Navient Solutions, Inc. | DE | 197XX | |
| Navient Solutions, Inc. | GA | 30907 | |
| Navient Solutions, Inc. | CA | 90291 | |
| Navient Solutions, Inc. | MA | 01930 | |
| Navient Solutions, Inc. | CA | 94938 | |
| Navient Solutions, Inc. | TX | 770XX | |
| Navient Solutions, Inc. | NM | 87401 | |
| Navient Solutions, Inc. | FL | 337XX | |

| | | | | |
|---|---|---|---|---|
| | Navient Solutions, Inc. | CA | 928XX | |
| Company chooses not to provide a public response | | | | |
| | Navient Solutions, Inc. | IL | 62629 | |
| | Navient Solutions, Inc. | TX | 78613 | Older American, Servicemember |
| | Navient Solutions, Inc. | FL | 33764 | |
| | Navient Solutions, Inc. | CA | 916XX | |
| | Navient Solutions, Inc. | CA | 902XX | |
| | Navient Solutions, Inc. | OK | 73129 | Servicemember |
| | Navient Solutions, Inc. | PA | 15236 | |
| | Navient Solutions, Inc. | VA | 20155 | |
| | Navient Solutions, Inc. | ME | 042XX | |
| | Navient Solutions, Inc. | IL | 60202 | Older American |
| | Navient Solutions, Inc. | FL | 322XX | Servicemember |
| | Navient Solutions, Inc. | GA | 300XX | |
| | Navient Solutions, Inc. | FL | 32837 | |
| | Navient Solutions, Inc. | TN | 371XX | |
| | Navient Solutions, Inc. | ND | 58103 | |
| | Navient Solutions, Inc. | VA | 225XX | |
| | Navient Solutions, Inc. | IN | 474XX | |
| | Navient Solutions, Inc. | OH | 450XX | |
| Company chooses not to provide a public response | | | | |
| | Navient Solutions, Inc. | OK | 74012 | |
| | Navient Solutions, Inc. | TN | 38301 | |
| | Navient Solutions, Inc. | MT | 59105 | |
| | Navient Solutions, Inc. | NC | 27609 | |

| | | | | |
|---|---|---|---|---|
| | Navient Solutions, Inc. | PA | 151XX | |
| | Navient Solutions, Inc. | FL | 33409 | |
| | Navient Solutions, Inc. | CA | 954XX | |
| Company chooses not to provide a public response | Navient Solutions, Inc. | AL | 35085 | Older American |
| | Navient Solutions, Inc. | NC | 27292 | |
| | Navient Solutions, Inc. | TX | 78759 | |
| | Navient Solutions, Inc. | MO | 63367 | |
| | Navient Solutions, Inc. | NE | 681XX | |
| | Navient Solutions, Inc. | NJ | 08520 | |
| | Navient Solutions, Inc. | FL | 327XX | Servicemember |
| | Navient Solutions, Inc. | MD | 21217 | |
| | Navient Solutions, Inc. | NH | 03870 | |
| | Navient Solutions, Inc. | TX | 78247 | |
| | Navient Solutions, Inc. | OK | 73080 | |
| | Navient Solutions, Inc. | NE | 68526 | |
| Company chooses not to provide a public response | Navient Solutions, Inc. | MO | 63143 | |
| | Navient Solutions, Inc. | NY | 113XX | |
| | Navient Solutions, Inc. | PA | 189XX | Older American |

| Consumer consent provided? | Submitted via | Date sent to company |
|---|---|---|
| N/A | Web | 01/15/2015 |
| N/A | Web | 01/20/2015 |
| N/A | Web | 01/02/2015 |
| Consent not provided | Web | 03/25/2015 |
| Consent not provided | Web | 04/08/2015 |
| Consent provided | Web | 04/18/2015 |
| Consent provided | Web | 05/02/2015 |
| Consent provided | Web | 04/23/2015 |
| N/A | Referral | 06/09/2015 |
| N/A | Phone | 06/17/2015 |
| Consent provided | Web | 07/14/2015 |
| Consent provided | Web | 08/04/2015 |
| Consent not provided | Web | 10/06/2015 |
| Consent not provided | Web | 10/06/2015 |
| Consent not provided | Web | 09/29/2015 |
| N/A | Phone | 10/14/2015 |
| N/A | Phone | 10/26/2015 |

| | | |
|---|---|---|
| Consent provided | Web | 11/23/2015 |
| Consent provided | Web | 11/12/2015 |
| Consent provided | Web | 12/04/2015 |
| Consent not provided | Web | 11/20/2015 |
| Consent not provided | Web | 12/08/2015 |
| | Web | 02/04/2016 |
| Consent provided | Web | 01/04/2016 |
| Consent provided | Web | 01/15/2016 |
| | Web | 02/07/2016 |
| N/A | Phone | 12/22/2015 |
| N/A | Web | 01/15/2015 |
| N/A | Web | 03/05/2015 |
| N/A | Web | 03/18/2015 |
| Consent not provided | Web | 04/17/2015 |
| Consent provided | Web | 05/11/2015 |

| | | |
|---|---|---|
| Consent provided | Web | 06/04/2015 |
| Consent not provided | Web | 07/09/2015 |
| N/A | Referral | 09/03/2015 |

| | | |
|---|---|---|
| Consent provided | Web | 09/06/2015 |
| Consent not provided | Web | 09/11/2015 |
| Consent not provided | Web | 10/16/2015 |
| N/A | Phone | 09/23/2015 |

| | | |
|---|---|---|
| Consent provided | Web | 10/14/2015 |
| Consent not provided | Web | 10/29/2015 |

| | | |
|---|---|---|
| Consent provided | Web | 01/01/2016 |
| | Web | 01/29/2016 |
| | Web | 01/11/2016 |
| | Web | 01/27/2016 |
| | | |
| Consent provided | Web | 02/10/2016 |
| | Web | 02/23/2016 |
| N/A | Web | 02/05/2015 |
| N/A | Web | 01/30/2015 |
| N/A | Web | 02/24/2015 |
| | | |
| Consent provided | Web | 03/28/2015 |
| Consent not provided | Web | 04/07/2015 |
| Consent not provided | Web | 05/13/2015 |
| Consent not provided | Web | 05/18/2015 |
| | | |
| Consent provided | Web | 06/22/2015 |
| | | |
| N/A | Referral | 07/15/2015 |
| | | |
| Consent provided | Web | 08/10/2015 |
| | | |
| Consent provided | Web | 08/19/2015 |
| N/A | Phone | 08/19/2015 |

| | | |
|---|---|---|
| N/A | Phone | 09/02/2015 |
| Consent provided | Web | 09/10/2015 |
| N/A | Phone | 10/02/2015 |
| Consent not provided | Web | 10/02/2015 |
| Consent not provided | Web | 11/10/2015 |
| Consent not provided | Web | 12/08/2015 |
| Consent not provided | Web | 12/04/2015 |
| Consent provided | Web | 11/20/2015 |
| Consent provided | Web | 11/18/2015 |
| Consent provided | Web | 01/05/2016 |
| | Web | 02/14/2016 |
| | Web | 02/26/2016 |
| N/A | Phone | 01/27/2015 |
| N/A | Phone | 02/18/2015 |
| N/A | Web | 01/14/2015 |
| N/A | Web | 01/14/2015 |
| Consent provided | Web | 04/03/2015 |
| N/A | Web | 02/25/2015 |

| Consent provided | Web | 04/28/2015 |
| Consent provided | Web | 05/01/2015 |
| Consent provided | Web | 07/14/2015 |
| Consent provided | Web | 09/02/2015 |
| Consent provided | Web | 10/08/2015 |
| Consent provided | Web | 09/11/2015 |

| | | |
|---|---|---|
| Consent provided | Web | 10/02/2015 |

| | | |
|---|---|---|
| Consent provided | Web | 11/19/2015 |
| N/A | Postal mail | 12/11/2015 |
| | Web | 01/28/2016 |
| | Web | 01/29/2016 |

| | | |
|---|---|---|
| Consent provided | Web | 02/02/2016 |
| N/A | Phone | 02/19/2015 |

| | | |
|---|---|---|
| N/A | Web | 01/09/2015 |
| N/A | Postal mail | 02/23/2015 |
| N/A | Phone | 02/24/2015 |
| N/A | Web | 02/25/2015 |
| Consent not provided | Web | 03/28/2015 |
| Consent not provided | Web | 04/29/2015 |
| Consent not provided | Web | 04/10/2015 |
| Consent not provided | Web | 05/29/2015 |
| Consent provided | Web | 06/19/2015 |
| N/A | Postal mail | 08/04/2015 |
| Consent not provided | Web | 07/09/2015 |
| Consent provided | Web | 07/27/2015 |
| Consent provided | Web | 08/12/2015 |
| Consent not provided | Web | 08/19/2015 |
| Consent not provided | Web | 11/20/2015 |
| Consent provided | Web | 01/07/2016 |
| | Web | 01/13/2016 |
| Consent provided | Web | 01/22/2016 |
| Consent not provided | Web | 01/27/2016 |
| | Web | 01/20/2016 |
| | Web | 02/09/2016 |

| | | |
|---|---|---|
| Consent provided | Web | 03/21/2015 |
| N/A | Web | 02/26/2015 |
| N/A | Phone | 04/27/2015 |
| Consent provided | Web | 05/22/2015 |
| Consent not provided | Web | 04/22/2015 |
| Consent provided | Web | 05/13/2015 |

| | | |
|---|---|---|
| Consent provided | Web | 06/02/2015 |
| N/A | Postal mail | 07/10/2015 |

| | | |
|---|---|---|
| Consent provided | Web | 06/16/2015 |
| Consent not provided | Web | 08/17/2015 |
| Consent not provided | Web | 08/25/2015 |
| N/A | Referral | 10/09/2015 |
| N/A | Postal mail | 10/19/2015 |

| | | |
|---|---|---|
| Consent provided | Web | 10/08/2015 |
| Consent not provided | Web | 09/17/2015 |
| Consent provided | Web | 11/20/2015 |

| | | |
|---|---|---|
| Consent provided | Web | 11/20/2015 |
| Consent not provided | Web | 02/01/2016 |
| | Web | 01/11/2016 |
| | Web | 02/01/2016 |
| | Web | 02/26/2016 |
| | Web | 03/19/2015 |
| N/A | Phone | 03/31/2015 |
| N/A | Web | 02/24/2015 |
| N/A | Web | 03/11/2015 |
| | Web | 04/13/2015 |
| Consent not provided | Web | 05/05/2015 |
| Consent provided | Web | 06/08/2015 |
| Consent provided | Web | 04/17/2015 |
| N/A | Referral | 05/11/2015 |
| Consent provided | Web | 05/10/2015 |
| Consent not provided | Web | 05/19/2015 |
| Consent provided | Web | 07/02/2015 |
| Consent provided | Web | 06/29/2015 |
| Consent provided | Web | 08/10/2015 |
| Consent not provided | Web | 07/23/2015 |
| N/A | Fax | 08/18/2015 |
| N/A | Referral | 10/13/2015 |
| Consent not provided | Web | 09/12/2015 |

| Consent provided | Web | 11/06/2015 |
| Consent not provided | Web | 11/12/2015 |
| | Web | 01/14/2016 |
| | | |
| N/A | Phone | 01/25/2016 |
| N/A | Web | 01/19/2015 |
| N/A | Web | 03/09/2015 |
| N/A | Web | 03/11/2015 |
| | Web | 05/05/2015 |
| Consent not provided | Web | 05/19/2015 |
| Consent provided | Web | 06/23/2015 |
| Consent not provided | Web | 08/21/2015 |
| Consent not provided | Web | 08/19/2015 |
| Consent not provided | Web | 11/09/2015 |
| Consent not provided | Web | 10/07/2015 |
| Consent not provided | Web | 11/30/2015 |
| | | |
| N/A | Referral | 01/25/2016 |
| | Web | 02/11/2016 |
| | Web | 02/06/2016 |

| Company response to consumer | Timely response? | Consumer disputed? |
|---|---|---|
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with non-monetary relief | Yes | Yes |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | Yes |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | Yes |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |

| | | |
|---|---|---|
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with non-monetary relief | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | Yes |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | Yes |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |

| | | |
|---|---|---|
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |

| | | |
|---|---|---|
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | Yes |
| Closed with explanation | Yes | No |
| Closed with non-monetary relief | Yes | No |

| | | |
|---|---|---|
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |

| Closed with explanation | Yes | Yes |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |

| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with non-monetary relief | Yes | No |

| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |

| Closed with explanation | Yes | No |

| Closed with explanation | Yes | No |

| Closed with explanation | Yes | No |

| Closed with non-monetary relief | Yes | No |
| Closed with explanation | Yes | No |

| | | |
|---|---|---|
| Closed with explanation | Yes | No |
| | | |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| | | |
| Closed with explanation | Yes | No |
| | | |
| Closed with explanation | Yes | No |
| | | |
| Closed with explanation | Yes | No |
| | | |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| | | |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |

| | | |
|---|---|---|
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with non-monetary relief | Yes | No |

Closed with explanation          Yes                    No

Closed with monetary relief      Yes                    No
Closed with explanation          Yes                    No
Closed with non-monetary relief  Yes                    No
Closed with explanation          Yes                    No

Closed with explanation          Yes                    No
Closed with explanation          Yes                    No

| | | |
|---|---|---|
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| | | |
| Closed with explanation | Yes | Yes |
| Closed with explanation | Yes | No |
| | | |
| Closed with non-monetary relief | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| | | |
| Closed with non-monetary relief | Yes | No |
| | | |
| | | |
| Closed with explanation | Yes | Yes |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| | | |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| | | |
| Closed with explanation | Yes | No |
| | | |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |

| | | |
|---|---|---|
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |

| | | |
|---|---|---|
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |

| | | |
|---|---|---|
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |

| | | |
|---|---|---|
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |

| | | |
|---|---|---|
| Closed with explanation | Yes | Yes |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | Yes |
| Closed with explanation | Yes | Yes |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | Yes |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | Yes |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with non-monetary relief | Yes | No |
| Closed with explanation | Yes | Yes |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |

| | | |
|---|---|---|
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| | | |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| Closed with explanation | Yes | No |
| | | |
| Closed with explanation | Yes | No |
| Closed with non-monetary relief | Yes | No |
| Closed with explanation | Yes | No |

| Complaint ID |
| --- |
| 1191063 |
| 1200376 |
| 1178742 |
| 1293661 |
| 1320930 |
| 1336081 |
| 1357806 |
| 1338933 |
| 1409468 |
| 1424059 |
| 1467348 |
| 1495126 |
| 1590648 |
| 1594541 |
| 1585348 |
| 1606446 |
| 1616509 |

1668592

1651268

1675202
1665809
1687384
1770920
1723345

1744968
1776692
1669997
1195027
1268909
1288871
1333031

1367957

1405343
1460074
1530552

1549403
1560811
1610999
1573232

1605532
1627813

1724626
1764878
1737408
1761021


1782472
1801069
1227199
1218228
1254515

1305953
1318807
1372866
1380062

1425919


1456571


1510335


1525845
1526482

1546962

1558762
1590939
1590974
1648265
1688428

1673704

1664940

1655647

1727926
1787116
1807162
1204097
1235491
1187885
1189261

1315328
1256133

1343239

1356841

1468287

1539862

1589525

1560486

1585530

1663895
1687616
1761884
1765362

1768341
1235616

1187980
1240322
1244732
1245426
1305898
1353071


1324686
1397469


1429306
1449188
1459359


1488564


1516410
1515490
1664782


1730139
1734403


1753374


1759348
1750835
1772840

1294714
1258812
1341752
1386496
1337349

1367748

1378674
1453077

1423801
1519489
1535268
1597642
1608963

1598311
1560750

1652620

1664803

1720511
1736212
1767457
1801082
1290157
1291777
1253895
1277110
1327233
1360537

1345276

1334972
1366963

1368596
1380641

1443755

1436057

1500999

1484589
1505270
1599125
1562423

1644533
1652430
1741336

1754663
1198615
1264731
1277853
1357079
1379231
1423853
1529932
1525922
1606684
1597481
1676930

1756473
1785011
1775862