UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-61049-CIV-UNGARO/OTAZO-REYES

ISMAEL CEDENO,

        Plaintiff,

v.

NAVIENT SOLUTIONS, INC.,

        Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant Navient Solutions, Inc.'s ("NSI") Motion for Protective Order [D.E. 29] and Plaintiff Ismael Cedeno's ("Plaintiff") Motion to Compel [D.E. 33]. These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Ursula Ungaro, United States District Judge [D.E. 30, 34]. The undersigned held a hearing on these matters on December 7, 2016. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

- NSI's Motion for Protective Order [D.E. 29] is DENIED. The undersigned finds that the deposition of NSI employee Davonne Thomas ("Thomas") is relevant and proportional to the needs of the case. The undersigned further notes that the deposition was scheduled for November 15, 2016. On November 14, 2016, the day before the deposition of Thomas was to take place, NSI filed its Motion for Protective Order, which left precious little time to conduct the deposition prior to the end of the discovery period on November 21, 2016. Therefore, Plaintiff has leave to conduct the

1

deposition subject to obtaining permission from the Court to do so outside of the discovery period.

➢ Plaintiff's Motion to Compel [D.E. 33] is DENIED. Initially, the undersigned notes that Plaintiff filed the Motion to Compel on November 18, 2016, which is only 3 days before the end of the discovery period on November 21, 2016. Regardless, the undersigned finds that NSI's responses to the discovery requests at issue are sufficient and that the additional discovery sought by Plaintiff is neither relevant nor proportional to the needs of the case.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of December, 2016.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Ursula Ungaro
      Counsel of Record