UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ISMAEL CEDENO,

    Plaintiff,

v.                                                            CASE NO.: 0:16-CV-61049-UU

NAVIENT SOLUTIONS, INC.

    Defendant.

**PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT DEPOSITION OUTSIDE OF THE DISCOVERY PERIOD**

      Pursuant to this Court's Order on December 8, 2016 [Doc. 41], Plaintiff, Ismael Cedeno, by and through his undersigned counsel, respectfully requests leave to conduct a video deposition of Davonne Thomas ("Thomas"), an employee of Defendant, Navient Solutions, Inc. The basis for the request is set forth below.

      1.    Plaintiff served Defendant his Amended Notice of Taking Video Deposition of Representative from Defendant, Navient Solutions, Inc., Pursuant to Federal Rules of Civil Procedure 30(b)(6) on October 28, 2016. The Amended Notice scheduled the deposition of Thomas for November 15, 2016.

      2.    Defendant filed its Motion for Protective Order [Doc. 29] on November 14, 2016, thereby cancelling the deposition shortly before the close of the discovery period on November 21, 2016.

      3.    This Court DENIED Defendant's Motion for Protective Order [Doc. 41], specifying that "Plaintiff has leave to conduct the deposition subject to obtaining permission from the Court to do so outside of the discovery period."

4.     Plaintiff seeks to conduct this deposition prior to the deadline to file any dispositive motions on December 16, 2017 [Doc. 14].  However, Defendant is unwilling to schedule a deposition date absent this Court granting leave to conduct the deposition.

**WHEREFORE**, Plaintiff, Ismael Cedeno, respectfully requests that this Court grant leave to conduct a video deposition of Defendant's employee prior to the December 16, 2017 deadline to file any dispositive motions,

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system this 8th day of December, 2016, to all parties of record.

Respectfully submitted,

/s/ Stefan A. Alvarez, Esq.

Stefan A. Alvarez, Esq.
Florida Bar No. 100681
Stefan@TheConsumerProtectionFirm.com
William Peerce Howard, Esq.
Florida Bar No. 0103330
Billy@TheConsumerProtectionFirm.com
The Consumer Protection Firm, PLLC
210 A South MacDill Avenue
Tampa, FL 33609
Tele: (813) 500-1500
Fax: (813) 435-2369
Attorney for Plaintiff