UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:16-cv-61049-UU

ISMAEL CEDENO,

    Plaintiff,

v.

NAVIENT SOLUTIONS, INC.,

    Defendant.
_____/

## ORDER ON MOTION TO FILE SUR-REPLY

THIS CAUSE comes before the Court on Plaintiff's Motion to Allow Filing of Sur-Reply with Regards to Defendant's Motion for Partial Summary Judgment, D.E. 55, filed December 19, 2016.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. Plaintiff seeks leave to file a sur-reply to Defendant's Motion for Summary Judgment. D.E. 55. In support thereof, Plaintiff states that he requires a sur-reply to, among other things, "further elaborate" on arguments already addressed in Plaintiff's response and his cross-Motion for Summary Judgment. *Id.* Under these circumstances, the Court sees no reason to grant Plaintiff leave to file a sur-reply. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion, D.E. 55, is DENIED.

DONE AND ORDERED in Chambers, Miami, Florida, this _23d__ day of December, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record