UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO.: 0:16-cv-61049-UU

ISMAEL CEDENO,

    Plaintiff,

v.

NAVIENT SOLUTIONS, INC.,

    Defendant.

_____/

## DEFENDANT NAVIENT SOLUTIONS, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Navient Solutions, Inc. ("NSI"), by and through undersigned counsel, submits this Notice of Supplemental Authority in further support of its Motion for Partial Summary Judgment pursuant to Federal Rule of Civil Procedure 56. See Exhibit A, *Thomas Hassert v. Navient Solutions, Inc.*, In the United States District Court for the Western District of Wisconsin, Case No. 3:16-cv-00243, Doc. 25.

Dated: January 6, 2017          Respectfully submitted,

                                            /s/ Rachel A. Morris
                                            Rachel A. Morris, Esq.
                                            Florida Bar No.: 091498
                                            Dayle M. Van Hoose, Esq.
                                            Florida Bar No. 0016277
                                            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                            3350 Buschwood Park Drive, Suite 195
                                            Tampa, Florida 33618
                                            Telephone:   (813) 890-2469
                                            Facsimile:    (866) 466-3140
                                            ramorris@sessions.legal

dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Navient Solutions, Inc.,*

## CERTIFICATE OF SERVICE

I certify that on this 6th day of January 2017, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system or U.S. First Class Mail including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

William P. Howard, Esq.
Stefan A. Alvarez, Esq.
The Consumer Protection Firm
210-A South MacDill Avenue
Tampa, FL 33609

/s/ Rachel A. Morris
Attorney