UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ISMAEL CEDENO,

    Plaintiff,

v.

NAVIENT SOLUTIONS, INC.,

    Defendant.

No. 0:16-cv-61049-UU

**EXHIBIT AND WITNESS LIST**

| Presiding Judge: Ursula Ungaro | Plaintiff's Attorney: William Peerce Howard | Defendant's Attorney Dayle Van Hoose |
|---|---|---|
| Trial Date(s) March 6, 2017 | | |

**Defendant's Exhibit and Witness List**

| Pltf No. | Def. No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| | 1 | | | | | Navient Solutions, Inc.'s ("NSI") call log for telephone number 754-366-4693 |
| | 2 | | | | | June 18, 2015 call recording |
| | 3 | | | | | June 22, 2015 call recording |
| | 4 | | | | | Commercial correspondence history relating to plaintiff's student loans |
| | 5 | | | | | Department of Ed-Servicing correspondence history realting to plaintiff's student loans |
| | 6 | | | | | NSI's First Party Collection Practices Policy dated May 28, 2015 |

|   | 7 |   |   |   |   |   | NSI's TCPA Customer Resolution Services dated February 10, 2016 |
|---|---|---|---|---|---|---|---|
|   | 8 |   |   |   |   |   | NSI's Autodialers and Artificial or Prerecorded Voice Messages Policy dated February 17, 2015 |
|   | 9 |   |   |   |   |   | CRS Collections - State Law/Call Restrictions dated January 20, 2016 |
|   |   |   |   |   |   |   | Caitlin Hahn - for defendant Navient Solutions, Inc. |
|   |   |   |   |   |   |   | Ismael Cedeno - Plaintiff |

**Plaintiff's Exhibit and Witness List**

|   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   | Plaintiff, Ismael Cedeno 210-A S. MacDill Avenue Tampa, FL 33609 |
|   |   |   |   |   |   |   | Navient Solutions, Inc.'s ("NSI") Corporate Representative, Caitlin Hahn |
| 1 |   |   |   |   |   |   | T-Mobile Phone Records |
| 2 |   |   |   |   |   |   | NSI Call Logs (NSI0000217-0000262) |
| 3 |   |   |   |   |   |   | NSI Account Notes (NSI0000001-NSI0000062; NSI0000106-NSI0000150) |
| 4 |   |   |   |   |   |   | NSI Changes to Borrower's Consent (NSI0000190-NSI0000194; NSI0000195-NSI0000209) |
| 5 |   |   |   |   |   |   | NSI First Party Collection Practices (NSI0000285-NSI0000289) |
| 6 |   |   |   |   |   |   | NSI Cease and Desist Job Aid (NSI0000279-NSI0000284) |
| 7 |   |   |   |   |   |   | NSI Autodialers and Artificial or Prerecorded |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Voice Messages Policy (NSI0000277-NSI0000288) |
| 8 | | | | | | | | NSI Customer Resolution Services Job Aid (NSI0000263-NSI0000276) |
| 9 | | | | | | | | Audio Recording on June 18, 2015 (NSI0000188) |
| 10 | | | | | | | | Audio Recording on June 22, 2015 (NSI0000187) |
| 11 | | | | | NSI objects based on relevancy, hearsay and prejudice | | | Composite Exhibit of Prior Lawsuits (NSI0000290-NSI0003178) |
| 12 | | | | | | | | Caitlin Hahn Depo Transcript (as needed) |
| | | | | | | | | Any Exhibits used by Defendant |