**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ISMAEL CEDENO,<br><br>      Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC.,<br><br>      Defendant. | No. 0:16-cv-61049-UU |

**DEFENDANT NAVIENT SOLUTIONS, LLC'S MOTION**
**TO CHANGE DATE OF PRETRIAL CONFERENCE OR, IN THE ALTERNATIVE,**
**TO ALLOW LEAD DEFENSE COUNSEL TO APPEAR TELEPHONICALLY**

Defendant Navient Solutions, LLC, formerly known as Navient Solutions, Inc. ("NSL"), hereby files this Motion to Change Date of Pretrial Conference or, in the Alternative, to Allow Lead Defense Counsel to Appear Telephonically (the "Motion") and states as follows:

1.      On August 1, 2016, the Court entered the Scheduling Order for Pretrial Conference and Trial, which set the Pretrial Conference for February 3, 2017. (Dkt. No. 14.)

2.      By Order dated January 31, 2017, the Court continued the Pretrial Conference to April 7, 2017. (Dkt. No. 78.)

3.      Lead Counsel for NSL, Lisa M. Simonetti, is handling an arbitration in Grand Rapids, Michigan on April 7, 2017.

4.      On February 10, 2017, the parties conferred regarding NSL's request to change the Pretrial Conference date from April 7, 2017 to March 31, 2017 or, in the alternative, to allow NSL's lead counsel to appear telephonically at the conference.

5.      Cedeno does not object to moving the Pretrial Conference to March 31, 2017, but does not agree that lead counsel should be permitted to appear by telephone if the Pretrial Conference remains on April 7, 2017. If the Pretrial Conference proceeds on April 7, 2017,

Cedeno's position is that co-counsel for NSL should attend. Co-counsel is available to do so, whether lead counsel appears by phone or not.

6. NSL requests that the Pretrial Conference date be changed from April 7, 2017 to March 31, 2017, or, in the alternative, to allow NSL's lead counsel to appear telephonically at the conference. NSL believes that participation of lead counsel will provide the most efficiency.

Dated: February 21, 2017

NAVIENT SOLUTIONS, INC.

By: *s/ Lisa M. Simonetti*
One of Its Attorneys

Lisa M. Simonetti

Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702
lsimonetti@vedderprice.com
(admitted *pro hac vice*)

Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone: (813) 890-2463
Facsimile: (866) 466-3140
dvanhoose@sessions-law.biz

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2017, a copy of the foregoing **DEFENDANT NAVIENT SOLUTIONS, LLC'S MOTION TO CHANGE DATE OF PRETRIAL CONFERENCE OR, IN THE ALTERNATIVE, TO ALLOW LEAD DEFENSE COUNSEL TO APPEAR TELEPHONICALLY** was electronically filed in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ Lisa M. Simonetti
Lisa M. Simonetti