UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ISMAEL CEDENO,

    Plaintiff,

v.                                         CASE NUMBER: 0:16-cv-61049-UU

NAVIENT SOLUTIONS, LLC.,

    Defendant.

_____/

**NOTICE OF FILING SUPPLEMENTAL AUTHORITY
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

    Plaintiff, ISMAEL CEDENO, by and through his undersigned counsel, hereby notifies the Court of the attached supplemental authority: *Ewton v. Pushpin Holdings, LLC*, United States District Court for the Middle District of Florida, Tampa Division, Case No. 8:16-cv-00978-CEH-TBM (Order Granting Plaintiff's Motion for Entry of Default Judgment) (attached hereto as **Exhibit "A"**).

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that, on this March 8, 2017, the foregoing was served using the CM/ECF system on all the parties of record.

                                                            Respectfully submitted,

                                                            */s/Stefan A. Alvarez*
                                                            Stefan A. Alvarez, Esquire
                                                            Florida Bar No. 100681
                                                           William Peerce Howard, Esquire
                                                           Florida Bar No. 0103330
                                                           Stefan@TheConsumerProtectionFirm.com
                                                          Billy@TheConsumerProtectionFirm.com
                                                           THE CONSUMER PROTECTION FIRM, PLLC
                                                          210 A South MacDill Avenue
                                                           Tampa, FL 33609
                                                          Telephone: (813) 500-1500
                                                          Facsimile: (813) 435-2369
                                                          *Attorney for Plaintiff*