UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:16-cv-61049-UU

ISMAEL CEDENO,

    Plaintiff,

v.

NAVIENT SOLUTIONS, INC.,

    Defendant.

_____/

**ORDER OF REFERENCE**

    PURSUANT to the parties' Consent to Proceed Before a United States Magistrate Judge, 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge Alicia M. Otazo-Reyes for adjudication of all pretrial motions, jury or non-jury trial on the merits, and all trial motions, including motions in limine.  It is further

    ORDERED AND ADJUDGED that Magistrate Judge Otazo-Reyes's adjudication on all such matters shall be directly appealable to the Eleventh Circuit.  It is further

    ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that courtesy copies of all materials necessary to the resolution of the referred matters shall be directed to the Magistrate Judge's chambers.  It is further

    ORDERED AND ADJUDGED that this case is CLOSED and all future hearings are CANCELLED **as to the docket of the Honorable Ursula Ungaro ONLY.**

    DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of March, 2017.

                                                          _/s/ Ursula Ungaro_
                                                          URSULA UNGARO
                                                          UNITED STATES DISTRICT JUDGE

copies to: counsel of record