## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 16-61049-CIV-OTAZO-REYES

### <u>CONSENT CASE</u>

ISMAEL CEDENO,

         Plaintiff,

v.

NAVIENT SOLUTIONS, INC.,

         Defendant.

_____/

### <u>ORDER ON STATUS CONFERENCE</u>

THIS CAUSE came before the Court for Status Conference on April 3, 2017.   In accordance with the undersigned's rulings at the Status Conference, it is

ORDERED AND ADJUDGED as follows:

1.      A Pretrial Conference is hereby **SET** for **Thursday, July 13, 2017, at 2:00 P.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.**

2.      A Jury Trial is specially **SET** to commence on **Tuesday, July 25, 2017, at 9:00 A.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.**  Four days have been reserved for the trial.

3.      If the case is settled, counsel are directed to inform the Court promptly at (305) 523-5740 and to submit an appropriate Order for Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1).  Such Order must be filed within **ten days** of notification of settlement to the Court.

1

DONE AND ORDERED in Chambers at Miami, Florida, this _3rd_ day of April, 2017.


ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     Counsel of Record