UNITED STATES DISTRICT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ISMAEL CEDENO,

    Plaintiff,

v.                                                        CASE NO:  0:16-cv-61049-OTAZO-REYES

NAVIENT SOLUTIONS, LLC.,

    Defendant.

_____/

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY
## IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, ISMAEL CEDENO, by and through his undersigned counsel, hereby notifies the Court of the attached supplemental authority: *Catherine Cooper v. Navient Solutions, LLC*, United States District Court for the Middle District of Florida, Tampa Division, Case No. 8:16-cv-03396-JSM-MAP, Dkt. 24 (April 21, 2017) (Order Denying Defendant's Partial Motion for Summary Judgment) (attached hereto as **Exhibit "A"**).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on April 21, 2017, the foregoing was served using the CM/ECF system on all the parties of record.

                                                     Respectfully submitted,

                                                     */s/Stefan A. Alvarez*
                                                     Stefan A. Alvarez, Esquire
                                                     Florida Bar No. 100681
                                                     William "Billy" Peerce Howard, Esquire
                                                     Florida Bar No. 0103330
                                                     Stefan@TheConsumerProtectionFirm.com
                                                     Billy@TheConsumerProtectionFirm.com
                                                     THE CONSUMER PROTECTION FIRM, PLLC
                                                     210 A South MacDill Avenue
                                                     Tampa, FL 33609
                                                     Telephone: (813) 500-1500
                                                     Facsimile: (813) 435-2369
                                                     *Attorney for Plaintiff*